# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: __Jenna Kaltved__ vs. __ServiceMac, LLC, et al.__

**The Clerk will enter my appearance as Counsel in Appeal No.** __26 2226__ for the following party(s): (please specify)

| |
|---|
| ServiceMac, LLC; AmeriHome Mortgage Company, LLC; Federal National Mortgage Association; Mortgage Electronic Registration Systems, Inc. |

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: __Margaret Ann Santos__  s/: __Annie Santos__

Firm Name: __Hinshaw & Culbertson LLP__

Business Address: __250 Nicollet Mall, Suite 1150__

City/State/Zip: __Minneapolis, MN 55401__

Telephone Number (Area Code): __(612) 334 2540__

Email Address: __asantos@hinshawlaw.com__

---

## CERTIFICATE OF SERVICE

☑ I hereby certify that on __06/24/26__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| |
|---|
| Jenna Kaltved<br>jennaione@gmail.com |

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

Jenna Kaltved,

Case No.: 26-2226

      Appellant,

**AFFIDAVIT OF SERVICE BY E-MAIL**

v.

ServiceMac, et al.,

      Appellees.

---

Heather Zopelis of Hinshaw & Culbertson LLP states:

I hereby certify that on June 24, 2026, I served the Appearance of Counsel upon Appellant Jenna Kaltved by emailing an exact copy of the document to the Appellant as indicated below:

Jenna Kaltved
jennaione@gmail.com

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: June 24, 2026            */s/ Heather Zopelis*
                                 Heather Zopelis